UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 1:25-CR-243 |
| v. | : | |
| TROY LAMONT RISHELL, | : | (Judge Wilson) |
| Defendant. | : | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
18 U.S.C. § 115(a)(1)(B)
(Threats Against United States Official)

Between on or about February 18, 2025, and May 20, 2025, in York County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the defendant,

**TROY LAMONT RISHELL,**

did threaten to assault and murder a United States Official, VICTIM 1, a member of the United States House of Representatives, with intent to intimidate VICTIM 1 while VICTIM 1 was engaged in the performance of VICTIM 1's official duties.

All in violation of Title 18, United States Code, Sections

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

JOHN C. GURGANUS
Acting United States Attorney

_____      9/12/25
K. WESLEY MISHOE            Date
Assistant United States Attorney

2