# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:25-CR-00243 |
| | : | |
| v. | : | |
| | : | |
| TROY LAMONT RISHELL | : | Judge Jennifer P. Wilson |

FILED
HARRISBURG, PA
NOV 04 2025
PER
DEPUTY CLERK

## PLEA

**AND NOW**, on this 4th day of November, 2025 the above-captioned defendant hereby pleads ___Guilty___ to the Information.

_____
(Defendant's Signature)

_____
(Defense Counsel)